463 A.2d 51

Commonwealth v. Williams, Appellant.
Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Submitted April 27, 1983.   Chester A. Reybitz, for appellant;  Mark S. Refowich, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.